WILLIAM H. BROWN, ESQ. (7623)
LAW OFFICES OF WILLIAM H. BROWN, LTD.
6029 S. Ft. Apache Rd., #100
Las Vegas, NV  89148
Telephone:  (702) 385-7280
Fax:  (702) 386-2699
Email: Will@whbesq.com

Attorney for Defendant Michael Toren

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-00356-LDG-VCF |
| Plaintiff, | **DEFENDANT TOREN'S MOTION FOR JOINDER IN** |
| vs. | (1) **DEFENDANT NUNEZ'S MEMORANDUM IN SUPPORT OF ADMITTING DOCUMENTS REGARDING CIVIL SUIT AGAINST MORTGAGE IT [Dkt. #239]; and** |
| JEANNIE SUTHERLAND, JOHN J. 'JACK' WILLIAMS, CARSON WINGET, KELLY NUNES, and MICHAEL TOREN, | (2) **DEFENDANT SUTHERLAND'S RESPONSE TO GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF CIVIL COMPLAINT AGAINST MORTGAGE IT, INC. [Dkt. #240].** |
| Defendants. | |

COMES NOW Defendant, MICHAEL TOREN, by and through his attorney of record, WILLIAM H. BROWN, ESQ., and hereby respectfully moves for an order allowing Mr. Toren to join in (1) Defendant Nunez's Memorandum In Support of Admitting Documents Regarding Civil Suit Against Mortgage It [Dkt. #239]; and (2) Defendant Sutherland's Response to Government's Motion In Limine to Exclude Evidence of Civil Complaint Against Mortgage It, Inc. [Dkt. #240].

Mr. Toren is similarly situated to Defendants Nunez and Sutherland with respect to these issues and their arguments apply equally to Mr. Toren.

Therefore, in the interest of brevity, Mr. Toren simply seeks to join in the arguments of Defendants Nunez and Sutherland.

DATED: January 19, 2012

Respectfully submitted,

LAW OFFICES OF WILLIAM H. BROWN, LTD.

BY: /s/ William H. Brown
Nevada Bar No.: 7623
6029 S. Ft. Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (702) 385-7280
Facsimile:  (702) 386-2699
Email: Will@whbesq.com

Attorney for Defendant Mike Toren

ORDER

IT IS SO ORDERED.

DATED this 20 day of January, 2012.