# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,                          2:10-cr-0356-LDG-LRL

v.                                    **ORDER**

MICHAEL TOREN, et al,

    Defendants.

      THE COURT HEREBY ORDERS that defendant Toren's motion for judgment of acquittal (#278) is DENIED as moot.

      DATED this _____9_____ day of September, 2013.

_____
Lloyd D. George
United States District Judge